UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY DEMOND KING,<br><br>     Plaintiff,<br><br>v.<br><br>ANNIE DOROTHY BARRETT,<br><br>     Defendant. | Case No.  24-cv-02572-LJC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 3, 10 |

In light of the Order to Show Cause issued July 18, 2024, the initial case management conference previously set for August 1, 2024 is CONTINUED to September 26, 2024 at 1:30 PM via Zoom videoconference.  Access instructions are available at www.cand.uscourts.gov/ljc.

If Defendant has not yet been served and appeared, Plaintiff shall file a case management statement no later than September 19, 2024.  If Defendant has appeared, the parties shall file either a joint statement or separate statements by the same deadline.

**IT IS SO ORDERED.**

Dated: July 18, 2024

LISA J. CISNEROS
United States Magistrate Judge